**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

March 26, 2015

Hon. Raymond L. Thomas  Jr.
Kittleman, Thomas & Gonzalez, LLP
4900-B N. 10th St.
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Benigno Trey Martinez
Martinez, Barrera & Martinez
120 E. Van Buren
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Raul Medina
Attorney at Law
3101 N. Jackson Road
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. George M. Bishop
Attorney At Law
4191 F.M. 1155 South
Chappell Hill, TX 77426
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzalez, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00552-CV
Tr.Ct.No. C-361-11-B
Style:    Nolana Open MRI Center, Inc. v. Guillermo R. Pechero M.D.Ruben D.
          Pechero M.D. Maplestar Orthopedics, P. A.


Intervenor's motion to intervene and motion for rehearing in the above cause was this day DENIED by this Court.


Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch